UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE STATON,
    Plaintiff,

v.                                                           3:23-cv-00867-JAM

SYED NAQVI,
RICHARDS,
    Defendants.

## JUDGMENT

This matter came for consideration before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of the defendants' motion to dismiss (Doc. #29).

The Court, having considered the full record of the case, entered an Order (Doc. #34) on May 6, 2024 granting the defendants' motion to dismiss for the reasons stated in the ruling. Therefore, it is hereby;

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendants, SYED NAQVI and RICHARDS, against the plaintiff, GEORGE STATON, and the case is closed.

Dated at New Haven, Connecticut, this 7th day of May, 2024.

                                              DINAH MILTON KINNEY, Clerk

                                              By  /s/ Julia Reis
                                              Deputy Clerk

EOD: 05/07/2024